**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

RECEIVED
AUG 3 1 2006
CHAMBERS OF
JUDGE LAMBERTH

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 05-342 (RCL) |
| ALVARO SERRANO ARCHBOLD-MANNER (1)<br>a.k.a "El Negro"<br>a.k.a. "Archie"<br>a.k.a. "Bambino" | ~~GOVERNMENT'S PROPOSED~~ ORDER TO MODIFY THE SEALING ORDER AND TO REDACT THE SECOND SUPERSEDING INDICTMENT |
| JESUS ANTONIO MURILLO-LENIS(2)<br>a.k.a. "Leni"<br>a.k.a. "Muri" | **UNDER SEAL** |
| RANFER MANUEL RIOS-MERCADO (3) | |
| JEFFREY DAVYTON LEWIS (4) | |
| GARETH DAVITON LEWIS (5)<br>a.k.a "David Lewis"<br>a.k.a. "Mocho" | |
| FREDY GOMEZ-PEREZ (6)<br>a.k.a. "Chiqui" | |
| JUAN DE JESUS RINCON-ROJAS (7) | |
| GUSTAVO BARBOSA-RODRIGUEZ(8) | |
| ULISES MALKUM-BERNADES (9)<br>a.k.a. "Ulysis Malcom"<br>a.k.a. "Ulyses Malcolm"<br>a.k.a. "Ulysis Malkun"<br>a.k.a. "El Gordo"<br>a.k.a. "Montoya" | |

FILED
SEP 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
AUG 3 0 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

CARLOS DELGADO-GOMEZ (10)  :
    a.k.a. "Carlanga"

LUIS ENRIQUE CASTANEDA-  :
GONZALEZ (11)
    a.k.a "Kike"

ENRIQUE OYOLA-ROPERO (12)  :

VICTOR ANTONIO PALMERA-  :
QUINTANA (13)

SERGIO RENE DE MARTINI-  :
TAMAYO (14)
    a.k.a. "Paisa,"
    a.k.a. "Rafita,"
    a.k.a. "Henry"

JOSE HUGO ALVAREZ-LOZANO (15)  :

JAIME HERNAN GUTIERREZ-  :
DIAZ (16)

GERMAN VILLEGAS-MEJIA (17)  :
    a.k.a. "El Doctor"

GERARDO TOBON-ROJAS (18)  :
    a.k.a. "Mateo"

FERNANDO ZAPATA-BERMUDEZ(19) :

HERIBERTO ZAZUETA (20)  :
    a.k.a. "Don Beto"

MARIO FRANCISCO MAGANA-  :
PEREZ (21)
    a.k.a "El Grandote"

JUAN JOSE HEREDIA-LOPEZ (22)  :

HECTOR CONTRERAS-NOVOA (23)  :
    a.k.a. "Hector Contreras-Noboa"  :
    a.k.a. "Cuate"

JUAN EDUARDO PEREZ-RINCON (24) :

FILED

SEP 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ALFREDO LUIS PERALTA-
CARRILLO (25)**

## ORDER

Upon consideration of the Government's Motion Modify the Sealing Order and to Redact the Second Superseding Indictment, it is hereby,

ORDERED, for the reasons stated in the Government's motion, this __13th__ day of __September__, 2006, that the Government's Motion Modify the Sealing Order and to Redact the Second Superseding Indictment be GRANTED and this Court's ORDER be sealed until further Order of this Court. It is further, ORDERED That the Proposed Redacted Indictment lodged 9/6/06 shall be utilized, and it is further ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE FOR
THE DISTRICT OF COLUMBIA

DATE: 9/13/06

cc: Patrick H. Hearn, Trial Attorney.
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, NW, Suite 800
Washington, D.C. 20530     202-305-7606