# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff, | )<br>)<br>) |
| v. | ) CRIMINAL NO. 05-342 (RCL)<br>) |
| ALVARO SERRANO ARCHBOLD-<br>MANNER (1) | )<br>)<br>) |
| JUAN JOSE HEREDIA-LOPEZ (22) | )<br>) |
|          Defendants. | )<br>) |

## ORDER

Upon consideration of the government's Motion [25] to Continue the Plea Hearing in this matter, currently scheduled for Friday, June 8 at 4:30 p.m., and finding good cause, it is hereby

ORDERED, that the government's Motion [25] to Continue the Plea Hearing is GRANTED; and it is further

ORDERED that this matter will be continued for a case status hearing on the 29th day of June, 2007, at 4:30 p.m.. The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial. The purpose of the continuance is to permit the government and defense counsel an opportunity to meet and finalize details regarding a resolution to the cases.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, June 5, 2007.