# WARRANT FOR ARREST

CO-180 (Rev 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-342 (RCL) | MAGIS NO |
| V.<br>ALVARO SERRANO ARCHBOLD-MANNER, et, al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Gareth Daviton Lewis #5 | **FILED**<br>JUL 2 3 2007 |
| DOB:  PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: SECOND SUPERCEDING INDICTMENT | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION:
21:959, 960 and 963; 21:959; 18:2; 21:853 and 970

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| HWOB | | |
| ORDERED BY<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE DEBORAH A ROBINSON | DATE ISSUED<br>April 13, 2006 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: APRIL 13, 2007 | NAME AND TITLE OF ARRESTING OFFICER<br>JOHN M. LONG  USMS<br>CI/DUSM | SIGNATURE OF ARREST... |
|---|---|---|
| HIDTA CASE: Yes  No X | | QC DLTF CASE: Yes  No X |