IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-342 (RCL) |
| | : | |
| GARETH DAVITON LEWIS | : | |

ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance, pursuant to the Criminal Justice Act, as counsel for Gareth Daviton Lewis in the above case, effective July 23, 2007.

Respectfully submitted

/s/

Richard K. Gilbert
Bar. No. 939884
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004
(202) 898-0857
(202) 544-0024 (fax)
rkgesq@juno.com

Attorney for Defendant