UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>          **Plaintiff,** )<br> )<br>v.          ) CRIMINAL NO.   05-342 (RCL)<br> )<br> )<br>**GARETH DAVITON LEWIS** )<br>          a.k.a. "David Lewis," )<br>          a.k.a. "Mocho," )<br> )<br>          **Defendant.** )<br>_____) | |

**PROPOSED ORDER OF DETENTION**

Upon consideration of the Government' motion to detain the defendants without bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this _____ day of _____, 2007,

ORDERED, that the Government's motion is granted and that defendant Gareth Lewis will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1.  There is a presumption that the defendant should be detained because he has been charged by Indictment with an offense for which a maximum term of imprisonment of ten years of more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2.  The defendant has no significant ties to the United States and his personal characteristics support the conclusion that he is a risk of flight if released.

3.  The defendant are a danger to the community in general as a result of his drug trafficking activities.

4.  The defendant has not rebutted the presumption contained in the Bail Reform Act and

accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendants at trial. See 18 U.S.C. § 3142(e).

5. The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6. The defendant shall be afforded reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3).

_____
DEBORAH R. ROBINSON
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

cc:  Patrick H. Hearn, Trial Attorney
     Narcotic and Dangerous Drug Section
     U.S. Department of Justice
     1400 New York Ave., N.W.,
     Washington, D.C. 20530