IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-342 (RCL) |
| | : | |
| GARETH DAVITON LEWIS | : | |

DEFENDANT GARETH LEWIS' MOTION TO PERMIT RETAINED COUNSEL
TO ENTER HIS APPEARANCE *PRO HAC VICE*
PENDING ADMISSION TO THIS COURT'S BAR
<u>AND TO PERMIT APPOINTED COUNSEL TO WITHDRAW</u>

Defendant, Gareth Daviton Lewis, through undersigned counsel, respectfully requests that the Court (1) permit retained counsel, Bruce S. Harvey, to enter his appearance *pro hac vice,* pending his admission to the Bar of this Court and (2) permit appointed counsel to withdraw. As grounds therefore, Defendant states:

1. Defendant is charged in a multi-count indictment with participation in an international narcotics conspiracy. To Defendant's knowledge, the other members of the charged conspiracy are foreign nationals, most of them Colombian. The United States is in the process of extraditing the members of the conspiracy; that process is not complete. There is no trial date set; there is a status hearing in the case set for November 2, 2007.

2. Undersigned counsel was appointed, pursuant to the Criminal Justice Act, as counsel for Defendant, effective July 23, 2007. Defendant has subsequently retained

1

Mr. Bruce S. Harvey, Esq. to represent him in this matter.[1] Mr. Harvey, whose offices are in Atlanta, Georgia, has been a member of the District of Columbia Bar since 1984. On October 17, 2007, Mr. Harvey applied for admission to the Bar of this Court. A copy of his application is attached to this motion. Inasmuch as Mr. Harvey is an experienced criminal defense attorney, with years of practice in federal courts throughout the country, Defendant fully expects that Mr. Harvey's admission will be approved, as a routine matter, by the Court.

3. In order to begin to effectively represent Defendant, Mr. Harvey expects to appear at the status hearing on November 2, 2007 so that he can be heard on matters of scheduling and discovery. In order to do so, he must be admitted *pro hac vice*, at least pending his admission to the Bar of this Court. Defendant so requests.

4. Undersigned counsel is moving to withdraw; however, he will remain in the case through the status hearing on November 2, 2007 in order to act as local counsel for Mr. Harvey at that hearing only. In the unlikely event that Mr. Harvey's motion of admission to the Bar of this Court is not approved prior to the next scheduled court hearing, Mr. Harvey will engage other local counsel at no expense to the Court.

WHEREFORE, for the above reasons, as well as those contained in the attached memorandum of Points and Authorities, Defendant respectfully requests that this Court (1) permit retained counsel, Bruce S. Harvey, to enter his appearance *pro hac*

---

[1] Undersigned counsel has personally spoken with Defendant and verified that he has retained Mr. Harvey. Counsel explained that he would move to withdraw upon Mr. Harvey's entry of appearance. Defendant therefore is aware of the contents of the this Motion and desires that it be granted.

*vice,* pending his admission to the Bar of this Court and (2) permit appointed counsel to withdraw.

                    Respectfully submitted

                    /s/

Richard K. Gilbert  
Bar. No. 939884  
601 Pennsylvania Avenue, N.W.  
Suite 900, South Building  
Washington, D.C.  20004  
(202) 898-0857

Attorney for Defendant Lewis  
(Appointed by the Court)

---

Undersigned counsel will provide Defendant with a copy of the Motion prior to the November 2, 2007 status hearing, at which time the Court would be expected to rule on the Motion.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 05-342 (RCL) |
| | : | |
| GARETH DAVITON LEWIS | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION TO PERMIT RETAINED COUNSEL
TO ENTER HIS APPEARANCE *PRO HAC VICE*
PENDING ADMISSION TO THIS COURT'S BAR
AND TO PERMIT APPOINTED COUNSEL TO WITHDRAW

1. Local Criminal Rule 57.21 sets forth the requirements and procedures to gain admission to the Bar of this Court. Mr. Harvey meets the requirements and has submitted the required Petition.

1. Local Criminal Rule 44.1(d) sets forth the requirements and procedures to appear *pro hac vice* before this Court. Mr. Harvey meets those requirements.[2]

3. Local Criminal Rule 44.5 (c) and (d) requires undersigned counsel to move this Court for permission to withdraw from the case, notwithstanding the entry of appearance by Mr. Harvey.

---

[2] Mr. Harvey's Petition for admission to the Bar of this Court contains almost all of the information required by Local Criminal Rule 44.1 (d). While undersigned counsel is unsure of whether Mr. Harvey has ever appeared *pro hac vice* in this Court, he has not done so in recent years, and his good faith application for admission to the Bar of this Court demonstrates that he does not seek to abuse the privilege of appearing *pro hac vice* until that time.

4

                Respectfully submitted

                   /s/

                Richard K. Gilbert
                Bar. No. 939884
                601 Pennsylvania Avenue, N.W.
                Suite 900, South Building
                Washington, D.C.  20004
                (202) 898-0857

                Attorney for Defendant Lewis
                (Appointed by the Court)