CO-A600
Rev. 12/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## APPLICATION FOR ADMISSION

Attached is a petition for admission to practice before the bar of this Court. For you to be eligible for admission, the Court requires that you be an active member in good standing of the District of Columbia Bar, or an active member in good standing of the highest court of any state in which you maintain your principal law office and are a member in good standing of a United States District Court that provides for reciprocal admission to members of the bar of this Court.

| | |
|---|---|
| *Sponsor's Affidavit* | The Sponsor's affidavit and motion form is to be completed by an attorney who is a member in good standing of the bar of this Court and who has known you for at least one year. This affidavit may not be waived. |
| *Fees* | Please return the completed petition, affidavit and motion (printed or typewritten) to this office along with a check or money order in the amount of **$175.00** (effective 06/01/04) made payable to "Clerk, U.S. District Court." Of this amount, $25.00 is deposited to the credit of a fund used to pay the expenses of the Clerk's Trustee Account, $130.00 is for statutory fees for administering the oath and issuing the certificate of admission, and $20.00 is deposited into the fund for Judicial Services established under 28 U.S.C. § 1931. |
| *Certificate of Good Standing* | You may request, in writing, a certificate of good standing for a fee of $15.00. You will receive the certificate on your ceremony date. For application purposes, a good standing certificate is <u>not</u> required. |
| *Renewal* | In October 1989, the United States District Court for the District of Columbia, amended and adopted a number of Local Rules dealing with the admission and practice of attorneys. LCvR 83.9 requires that each member of the bar of this Court renew his or her membership every three years by filing with the Clerk of the Court, on or about July 1st of every third year, a renewal certificate and by paying a renewal fee in the amount of $25.00.<br><br>Notification of the renewal requirement and the renewal certificate are mailed to the last known address of all attorneys prior to the renewal date. Attorneys who do not renew will not be able to practice or file pleadings in the District Court. |

1

*Ceremony*    Admission ceremonies are held on the first Monday of each month (except when Monday is a holiday, then the ceremony is held the following Monday). You will be scheduled for the first ceremony after the petition is timely received. Timely receipt means, receiving the petition in this office on or before the closing date indicated for each ceremony date. Please arrive no later than 9:15 A.M., as entry into the courtroom is prohibited after 9:25 A.M. Enclosed you will find a list of the closing and ceremony dates for the next several months. Please retain this page for your records. The courtroom designated for the ceremony is Ceremonial Courtroom 20 on the sixth floor in the courthouse. Your sponsor is welcome, but is not required to attend the ceremony. A reception in the Judges' Dining Room given by the Federal Bar Association, D.C. Chapter and the United States District Court will immediately follow the ceremony. *Please note that you will receive no further notice of the ceremony.*

If you find after your application has been submitted that you will be unable to be present for the ceremony you had intended to attend, please notify this office before the ceremony so that you may be rescheduled for the following month. You will be given a limit of two chances to reschedule an admission ceremony, after which your petition and admission fees will be forfeited. If you fail to attend the ceremony without notifying us in advance, you will be penalized, and your petition will be delayed for three months. If you fail to appear at two admission ceremonies even though we have notified you of the scheduled dates for these ceremonies, you will forfeit your admission fees accompanied by your petition. Petitions will be kept on file for six months.

*If you plan to ride Metrorail, the nearest station is Judiciary Square, use the 4th Street exit. Please keep this letter until after you have been admitted, since it contains all the information you will need. Please mail or send the completed petition with the check or money order to:*

**ATTORNEY ADMISSIONS, ROOM 1225
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD AND CONSTITUTION AVENUE, N.W.
ROOM 1225
WASHINGTON, D.C. 20001
(202) 354-3110**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION OF

__Bruce S. Harvey__
(Print your name as you wish for it to appear in the records of the court.)

**FOR ADMISSION TO PRACTICE**

PETITION

I, __Bruce S. Harvey__, hereby petition the United States District Court for the District of Columbia to admit me to practice before the aforementioned Court, and in support of my petition:

__Nov. 21, 1984__                          __384065__
(Date admitted to DC Bar)                  (DC Bar No.)

__146 Nassau St__                          __Atlanta, GA 30303__
(Principal Office Address - Street)        (City, State, Zip Code)

I am also a member, in good standing, of the following district court(s) that offer reciprocal admission (please indicate the name of the district court(s) and date(s) of admission).

District Court(s)                          Date(s) of Admission
__see attachment__                         _____

My legal training and experience are as follows (attach additional sheets, if necessary): __Applicant is a graduate of the Univ. of Georgia School of Law and has been practicing law since 1977. Applicant's practice is limited strictly to criminal defense and he is involved in several trials every year.__

All occasions, if any, on which I have been held in contempt of Court are set forth as follows: (If none, so state.) (State the nature of the contempt and the final disposition thereof. Attach additional sheets if necessary.) __See attachment__

All occasions, if any, on which I have been convicted of a crime, censured, suspended, disciplined or disbarred by any Court are set forth as follows: (If none, so state.) (State the facts and circumstances connected therewith. Attach additional sheets if necessary.)
__None__

The Local Rules of this Court place certain requirements on counsel for admission to the Bar of this Court and also to practice. Please indicate, by checking, the requirements that apply. In addition to requirement #1, either requirement #2 or #3 must be checked before the petition will be accepted. If you wish to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits at least one of the listed requirements on the bottom portion of the certificate must be checked.

## ADMISSION TO PRACTICE CERTIFICATE

In compliance with LCvR 83.8(b)(6) and LCrR 57.21(b)(6) the undersigned applicant hereby certifies that:

<u>(MANDATORY)</u>

#1 ✓  I have read and am familiar with the provisions of the Judicial Code (Title 28 United States Code) which pertain to the jurisdiction of and practice in the U.S. District Courts, the Rules of the United States District Court for the District of Columbia, and the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals [LCvR 83.8(b)(6)(i),(iii)and(iv)/LCrR 57.21(b)(6)(i),(iii) and (iv)]; D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996 (attached as Appendix B) [LCvR 83.8(b)(6)(v)]; [LCrR 57.21(b)(6)(v)]; and

#2 _____  I am familiar with the Federal Rules of Civil Procedure [LCvR 83.8(b)(6)(ii)];
**and/or**

#3 ✓  I am familiar with the Federal Rules of Criminal Procedure [LCrR 57.21(b)(6)(ii)].

An attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that:

#4 ✓  I have previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1) and LCrR 44.1(b)(1)];**OR**

#5 _____  I have participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2) and LCrR 44.1(b)(2)];**OR**

#6 _____  I have satisfactorily completed a continuing education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [Local Rule 83.2(b)(3) and LCrR 44.1(b)(3)].

In consideration of LCvR 83.10(a) and 83.11, the undersigned applicant certifies that:

#7 ✓  I have read LCvR 83.10(a) and understand that members in good standing of the bar of this Court have an obligation to assist or represent the needy in civil matters before this Court whenever requested by the Court and if necessary, without compensation. I have read LCvR 83.11 and understand that the Court has established a voluntary Civil Pro Bono Panel from

which attorneys may be appointed by the Court to represent indigent <u>pro se</u> litigants. I have indicated below whether I would like to receive additional information regarding the Court's Civil Pro Bono Panel.



\_\_\_ Please Send       √ Do Not Send

The information on this form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

By submitting this application, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice,* must file pleadings electronically.

I understand that my petition will be heard on the date prescribed by LCvR 83.8(d) of this Court and that no further notice of said hearing will be given. At the time of my admission, I will be prepared to take the oath prescribed by LCvR 83.8(e). I declare under penalty of perjury that the foregoing is true and correct.

10/17/07
(DATE)

(PETITIONER'S SIGNATURE)

(PLEASE PRINT OR TYPE - EXCEPT FOR SIGNATURE)

PETITIONER'S NAME: __Bruce S. Harvey__

## SPONSOR'S AFFIDAVIT AND MOTION

I, __Henry W. Asbill__ was admitted to practice before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA on __in 1977__. My bar number is __938811__ and I am currently an active member in good standing of the Bar of the __District of Columbia and__ United States District Court for the District of Columbia. I have known the petitioner for at least one year, under the following circumstances: __Both professionally and socially, and through several national associations of criminal defense lawyers__.

My knowledge of said petitioner's moral character is as follows: __It is excellent__

My knowledge of said petitioner's experience is as follows: __He is a very experienced and skilled criminal defense attorney who has tried many complex federal and state cases.__

I am satisfied that the petitioner has the necessary qualifications to become a member of the bar of this Court, and I, therefore, move his/her admission.

I declare under penalty of perjury that the foregoing is true and correct.

__10/12/07__           __Henry W. Asbill__
(DATE)                  (SIGNATURE OF SPONSOR)

FIRM NAME: __Dewey + LeBoeuf, LLP__
OFFICE ADDRESS: __1101 New York Ave, NW, Suite 1100, Wash., D.C. 20005__
OFFICE TELEPHONE: __202.986.8141 (direct)__

7

(PETITIONER'S INFORMATION, PLEASE PRINT OR TYPE)

(Please list your name as you wish it to appear on our records. If you use an initial in place of your middle name, please print the initial in the space designated "middle".)

Last Name  Harvey                        First  Bruce

Middle  Steven                           Generation (Jr.,Sr., etc) _____

Last four (4) digits of Social Security Number  1582   Date of Birth  12

D.C. Bar Number  384065

If you're not a DC Bar Member, please list your Federal District Court Bar Id. No. _____

(If Federal District Court Bar, please state name of U.S. District Court): _____

Principal Office Address:  *Be sure to note where you are an active member of good standing, of the highest court of any state in which you maintain your principal law office.*

Firm  Law Office of Bruce S. Harvey

Street  146 Nassau St

Suite _____

City  Atlanta                           State  GA

Zip  30303                              Phone  404/659-4628

Unit (within firm or agency) _____

E-Mail Address  Bruce@bharveylawfirm.com

Residence Address:

Street _____

City _____                             State _____

Zip _____                              Phone _____

ADMISSION DATE _____
(Date will be filled in by Attorney Admissions Office)

1. State Bar of Georgia, 104 Marietta Street, NW, Ste 100, Atlanta, Georgia 30303

2. D.C. Bar, 125 H Street, NW, 6th FL, Washington, D.C. 20005-5937

3. Supreme Court of Georgia, State Judicial Building, 244 Washington Street, SW, Ste 572, Atlanta, Georgia 30334

4. Court of Appeals of Georgia, State Judicial Building 344 State Judicial Building, 40 Capitol Square, Atlanta, Georgia 30303

5. United States District Court, Northern District of Georgia, 2211 Richard Russell Building, 75 Spring Street, SW, Atlanta, Georgia 30303

6. United States District Court, Middle District of Georgia, U.S. Courthouse, Room 216, 475 Mulberry Street, Macon, Georgia 31201

7. United States District Court, Southern District of Georgia, United States Courthouse, 500 E. Ford Street, Augusta, Georgia 30901

8. United States Court of Appeals for the Fourth Circuit, 1100 East Main Street, Richmond, Virginia 23219

9. United States Court of Appeals for the Fifth Circuit, 515 Rusk Street, Room 1216, Houston, Texas 77002

10. United States Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, California 94103

11. United States Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, Atlanta, Georgia 30303

12. United States District Court for the Western District of Michigan, 399 Federal Building, 110 Michigan Street, NW, Grand Rapids, Michigan 49503

13. United States District Court for the Northern District of Texas, United States Courthouse, 1110 Commerce, #1452, Dallas, Texas 75242

14. United States Tax Court, 400 Second Street, NW, Washington, D.C. 20217

## CIRCUMSTANCES OF CONTEMPT CITATION

Applicant represented an individual who was indicted for rape (***State of Georgia v Barlow***) in the Superior Court of Fulton County in August, 1995. The case first went to trial in June, 1997 before Judge Isaac Jenrette. The jury could not reach a verdict and a mistrial was declared. Applicant, along with Sandy Callahan, represented the Defendant in the original trial.

In January, 1998 the case was again called to trial with Mr. Callahan acting as the sole attorney for Mr. Barlow. Again, the jury could not reach a verdict and a mistrial was declared on January 12, 1998. The Judge instructed the parties to return the next day for another trial. Mr. Callahan, who was feeling ill during the trial advised the Court that he was unable to continue. Judge Jenrette ordered Mr. Callahan, along the Applicant and the Defendant to appear for trial the next day. All parties appeared as ordered. Mr. Callahan advised that he was too ill to proceed. The Applicant advised the Court that he had not had any active participation in the Barlow case for over a year and would need time to prepare. Both the Applicant and Mr. Callahan were held in contempt.