IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v  :  Crim. No 05-342 (RCL)
:
GARETH DAVITON LEWIS  :

**FILED**
**NOV - 2 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration of Defendant's Motion To Permit Retained Counsel To Enter His Appearance *Pro Hac Vice* Pending Admission To This Court's Bar And To Permit Appointed Counsel To Withdraw, (and there being no opposition of the United States), it is this 2nd day of November, 2007, ORDERED

That the Motion is GRANTED and Bruce S. Harvey shall be permitted to enter his appearance *pro hac vice* on behalf of Defendant as of November 2, 2007, provided (1) that he notify this Court when his admission to the Bar of this Court is approved and (2) in the event that his Petition for admission is not approved before the next scheduled court hearing, that he engage local counsel at no expense to the Court. It is FURTHER ORDERED:

That the Motion of appointed counsel, Richard K. Gilbert, to withdraw from representation of Defendant is GRANTED.

Royce C. Lamberth
United States District Court Judge