UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>       Plaintiff,      )<br>                      )<br>   v.                     )<br>                      )<br>GARETH DAVITON LEWIS,      )<br>                      )<br>       Defendant.      )<br>_____) | CRIMINAL NO. 05-342-05 (RCL)<br><br>FILED<br>JAN 2 2 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon defendant's oral request and without objection of the Government, defendant shall be held at the Correctional Treatment Facility ("CTF"), 1901 E Street SE, Washington, D.C.

The District of Columbia Department of Corrections shall immediately transfer defendant to CTF.

SO ORDERED.


_____          _____
United States District Judge Royce C. Lamberth          Date