UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**          ) | |
| **Plaintiff,**          ) | |
| ) | |
| v.          ) | Criminal Case No. 05-342-05 (RCL) |
| ) | |
| **GARETH DAVITON LEWIS**          ) | |
| a.k.a. "David Lewis,"          ) | |
| a.k.a. "Mocho,"          ) | |
| ) | |
| **Defendant.**          ) | |
| ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO FOR EXTENSION OF TIME TO FILE GOVERNMENT'S RESPONSES TO DEFENDANT GARETH LEWIS' MOTION TO SUPPRESS AND MOTION TO DISMISS**

The United States, by and through its attorney, Patrick H. Hearn, Trial Attorney, Narcotic and Dangerous Drug Section, United States Department of Justice, hereby respectfully submits Government's Unopposed Motion for Extension of Time to File Government's Responses to Defendant Gareth Lewis' Motion to Suppress and Motion to Dismiss.  The government respectfully requests permission to file its responses to defendants motions on or by Monday, March 24, 2008.  In support of the motion the government states the following:

1.  The Court has previously entered an order directing the defendants to file motions by February 22, 2008, and the government to file its response to the motions by March 24, 2008.

2.  Due to the nature of the issues raised in defendant's motion the government requires additional time until March 24, 2008, to prepare and complete the government's responses.

5.  The government has contacted defense counsel who has stated the defendant has no opposition to the government's request seeking an extension of the deadline to file the government's response to March 24, 2008.   The government believes that no prejudice will

accrue to the defendant as a result of filing the government's response on or by Monday, March 24, 2008.

## CONCLUSION

Wherefore, the government respectfully requests, for the reasons set forth above, that this Honorable Court grant an extension of time to March 24, 2008, for the government to file its responses to defendants Lewis' Motion to Suppress and Motion to Dismiss.

        Respectfully submitted,

        KEN BLANCO, Chief
        Narcotics and Dangerous Drug Section

        _____/s/_____
        Patrick H. Hearn
        Trial Attorney
        Narcotics and Dangerous Drug Section
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C.  20005
        (202) 305-7606

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 20, 2008, Government's Motion for Extension of Time was sent via ECF to Bruce Harvey, attorney for Gareth Lewis.

        _____/s/_____
        Patrick H. Hearn
        Trial Attorney
        U.S. Department of Justice
        Narcotic and Dangerous Drug Section