UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**GARETH DAVITON LEWIS**<br>　　a.k.a. "David Lewis,"<br>　　a.k.a. "Mocho,"<br><br>　　　　**Defendant.** | Criminal Case No. 05-342-05 (RCL) |

## ORDER

Upon consideration of the motion of the government, for an extension of time to file government's response to defendant Lewis' Motion to Suppress and Motion to Dismiss, it is this _____ day of _____ 2008, hereby **ORDERED,** that the government's motion is **GRANTED.**

**ORDERED,** the government shall file its response to defendant Lewis' Motion to Suppress and Motion to Dismiss by Monday, March 24, 2008.

_____Honorable Royce C. Lamberth
U.S. District Judge
United States District Court
for the District of Columbia