UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**GARETH DAVITON LEWIS**<br>　　　a.k.a. "David Lewis,"<br>　　　a.k.a. "Mocho,"<br><br>　　　　**Defendant.** | )<br>)<br>)<br>) Criminal Case No. 05-342-05 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of defendant Lewis' Motion to Dismiss and the Government's Response in Opposition to Defendant's Motion to Dismiss, and the arguments put forth by both parties, it is this _____ day of _____ 2008, hereby **ORDERED,** that the defendant's Motion to Dismiss should be and is hereby **DENIED.**

　.

---

　　　　　　　　　　　　　　　　　　　　Honorable Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　U.S. District Judge
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　for the District of Columbia