UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-05 (RCL) |
| ) | |
| **GARETH DAVITON LEWIS** ) | |
| a.k.a. "David Lewis," ) | |
| a.k.a. "Mocho," ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER**

Upon consideration of defendant Lewis' Motion to Suppress and the Government's Response in Opposition to Defendant's Motion to Suppress, and the arguments put forth by both parties, it is this _____ day of _____ 2008, hereby **ORDERED,** that the defendant's Motion to Suppress should be and is hereby **DENIED.**

.

_____
Honorable Royce C. Lamberth
U.S. District Judge
United States District Court
for the District of Columbia