UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-05 (RCL) |
| ) | |
| **GARETH DAVITON LEWIS** ) | |
| a.k.a. "David Lewis," ) | |
| a.k.a. "Mocho," ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

Upon consideration of defendant Lewis' Motion to Dismiss and the Government's Response in Opposition to Defendant's Motion to Dismiss, and the arguments put forth by both parties, it is this _____ day of _____ 2008, hereby **ORDERED,** that the defendant's Motion to Dismiss should be and is hereby **DENIED.**

.

_____
Honorable Royce C. Lamberth
U.S. District Judge
United States District Court
for the District of Columbia