UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-05 (RCL) |
| ) | |
| GARETH DAVITON LEWIS ) | |
| a.k.a. "David Lewis," ) | |
| a.k.a. "Mocho," ) | |
| ) | FILED |
| Defendant. ) | APR - 7 2008 |
| ) | Clerk, U.S. District and Bankruptcy Courts |

**ORDER**

Upon consideration of the motion of the government, for an extension of time to file government's response to defendant Lewis' Motion to Suppress and Motion to Dismiss, it is this 7th day of April 2008, hereby **ORDERED,** that the government's motion is **GRANTED.**

**ORDERED,** the government shall file its response to defendant Lewis' Motion to Suppress and Motion to Dismiss by Monday, March 24, 2008, *nunc pro tunc.*

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Honorable Royce C. Lamberth
　　　　　　　　　　　　　　　　U.S. District Judge
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　for the District of Columbia