IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

V                                                                INDICTMENT NO. 1:05-CR-342

**GARETH DAVITON LEWIS,**

    **Defendant**

### NOTICE OF LEAVE OF ABSENCE

COMES NOW counsel for the above-named Defendant and notifies the Court and all parties that he is requesting a leave of absence for the following dates:

| | |
|---|---|
| May 31 – June 9, 2008 | I have been invited to participate in the 54th Annual Army War College National Security Seminar at Carlisle Barracks, Pennsylvania from June 2-6, 2008 (A copy of the invitation is attached). |

Undersigned counsel respectfully requests that the Court not schedule any court appearances in this matter during that period.

                          Respectfully submitted,

                          s/Bruce S. Harvey
                          LAW OFFICE OF BRUCE S. HARVEY
                          ATTORNEYS FOR DEFENDANT
                          DC Bar No. 384065
                          Georgia Bar No. 335175
                          146 Nassau Street
                          Atlanta, Georgia 30303
                          (404) 659-4628

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing pleading upon opposing counsel by e-filing, facsimile transmission, hand delivery, or by depositing a copy of same in the United States Mail with sufficient postage attached thereon, addressed as follows:

>Patrick Hearn, AUSA
>United States Attorneys Office
>1400 New York Ave., NW, #8306
>Washington, DC 22301

This 29th day of April, 2008.

>s/Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEYS FOR DEFENDANT
>DC Bar No. 384065
>Georgia Bar No. 335175
>146 Nassau Street
>Atlanta, Georgia 30303
>(404) 659-4628



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY WAR COLLEGE AND CARLISLE BARRACKS
CARLISLE, PENNSYLVANIA 17013-5210

March 13, 2008

REPLY TO
ATTENTION OF

Office of the Commandant

Mr. Bruce Harvey
578 Page Avenue
Atlanta, Georgia 30307

Dear Mr. Harvey:

    We are delighted to invite you to participate in the 54th Annual U.S. Army War College National Security Seminar at Carlisle Barracks, Pennsylvania, from June 2-6, 2008. Each year we cap our academic program by inviting leading citizens from throughout the United States to discuss national security issues with our students in a week-long seminar format. Five nationally prominent speakers will provide the focus for our discussions as they address international, domestic, defense, and human rights issues.

    The enclosed prospectus outlines the objectives and organization of the Seminar and provides basic information on our College, its students, and the faculty. The purpose of the U.S. Army War College is to prepare select officers and civilians to assume positions of increasing responsibility in the U.S. Army, the other Armed Services and throughout the defense community. The Class of 2008 also includes 43 international officers from around the world. A major portion of our curriculum focuses on developing a deeper understanding of the society these leaders serve, and the interests, issues, and trends that influence the formulation of national security policy. Every year, the Seminar has been an outstanding success, made possible by the participation of leading citizens.

    As a New Member of the Class of 2008, you will be our guest for the duration of the Seminar. You will have a student escort, and we will provide all meals, lodging, and daily transportation for the duration of the Seminar. Unfortunately, we cannot pay for your travel to and from Carlisle. As the Seminar draws closer, we will communicate with you again to determine your travel plans. If you have additional questions about lodging or transportation, please contact our Executive Services Office at (717) 245-4818.

    If you are able to join us, please complete the two enclosed forms. The post card communicates your commitment to attend. We can only accept 160 guests and we enroll guests in the order in which we receive their reply post cards. It generally takes about 4 weeks to fill the seats, and later replies are placed on a standby list.

-2-

The enclosed biographical form with the accompanying return envelope allows our students and other New Members to know something about you. Applicable Privacy Act data is on the reverse of that form. Please do not submit detailed curriculum vitae in lieu of this form.

We hope you will be able to join us. As our students take this opportunity to synthesize their academic year, it is important that they have an opportunity to understand your priorities and concerns on these issues of importance to our Nation. While we are aware of the travel costs involved and the significant time commitment required, we believe your visit will be well worth your investment. You will find the Seminar to be interesting, our students both thoughtful and engaging, and the Carlisle Barracks area to be strikingly beautiful in June. Please join us for the experience. You may access more information at the Seminar website: http://www.carlisle.army.mil/usawc/dnss/nss/nss.htm. If you have further questions, we invite you to contact the National Security Seminar Director, Colonel Harry Leach, via e-mail at CARL_director.nss@conus.army.mil.

                                                  Sincerely,

                                                  Robert M. Williams
                                                  Major General, U.S. Army
                                                  Commandant

Enclosures