UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>    Plaintiff,   )<br>    )<br>v.    )<br>    )<br>GARETH DAVITON LEWIS  )<br>    a.k.a. "David Lewis,"  )<br>    a.k.a. "Mocho,"   )<br>    )<br>    Defendant.   )<br>_____ ) | Criminal Case No. 05-342-05 (RCL) |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TO A NEW DATE THE HEARING FOR DEFENDANT LEWIS' MOTION TO DISMISS AND MOTION TO SUPPRESS EVIDENCE**

The United States, by and through Patrick H. Hearn, attorney for the government, respectfully moves this Court to continue the hearing for Defendant Lewis' Motion to Dismiss and Motion to Suppress Evidence, in this matter currently scheduled for Thursday, May 29, 2008, at 10:00 a.m. The government has personally spoken with defendants' attorney, Bruce Harvey, who stated that he does not oppose the Government's Motion to Continue to a New Date the Hearing for Defendant Lewis' Motion to Dismiss and Motion to Suppress Evidence.

In support of the motion, the Government respectfully submits that the Defendant's Motion to Suppress will require that the government present evidence through testimony of, at least one, Jamaican law enforcement official, involved in the Jamaican wiretaps and searches in Jamaica. The government also intends to present evidence through the testimony of a Jamaican prosecutor, regarding the Judicial orders or authorizations, which were granted for the Jamaican wiretaps and searches.

Approximately, four weeks prior to the scheduled hearing date the government informed the Jamaican government that it was requesting Jamaican officials come to the United States to testify at the hearing. The government, at the request of the Jamaican government, sent letters to the Jamaican government describing the witnesses needed for the hearing and the basis for their testimony. On Thursday, May 22, 2008, the government was contacted by the Drug Enforcement Administration Country Attache, Gavin Kersellius, who stated he had been informed by the Jamaican Solicitor General's Office that it needed to consult further with the Jamaican Attorney General's Office regarding the United States government's request for the witnesses and that approval would not be forthcoming before the scheduled hearing date.

Further, the government would respectfully submit, that the Court also continue the Defendant's Motion to Dismiss to the same date as the Motion to Suppress, in order to allow the parties to address both motions at one hearing.

Wherefore, the government respectfully requests a new hearing date 45 days from the date of this motion to allow the Jamaican government to complete their review of the United States government's request and grant approval for the requested witnesses to testify at the hearing. The government would further submit there is no prejudice to the defendant as a result of the continuance to a new date.

    Respectfully submitted

    KEN BLANCO, Chief
    Narcotics and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice


     /s/
    Patrick H. Hearn
    Trial Attorney

Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7606

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to counsel for defendant, Bruce S. Harvey, on Tuesday, May 27, 2008.

                                  /s/
                             Patrick H. Hearn