UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GARETH DAVITON LEWIS** )<br>    a.k.a. "David Lewis," )<br>    a.k.a. "Mocho," )<br>)<br>**Defendant.** )<br>_____ ) | Criminal Case No. 05-342-05 (RCL) |

## ORDER

The government has moved to continue the hearing scheduled for May 29, 2008, to address the defendant Gareth Daviton Lewis' Motion to Dismiss and Motion to Suppress. Upon consideration of the Government's Unopposed Motion to Continue to a New Date the Hearing for Defendant Lewis' Motion to Dismiss and Motion to Suppress Evidence, the hearing in this matter, currently scheduled for May 29, 2008 at 10:00 a.m., and finding good cause, it is this, _____ day of May, 2008,

**ORDERED**, that the Government's Motion to Continue to a New Date the Hearing for Defendant Lewis' Motion to Dismiss and Motion to Suppress Evidence is **GRANTED**. This matter will be continued for a hearing on the _____ day of _____, 2008 at _____ AM/PM. The purpose of the continuance is to permit the government to obtain

approval from the Jamaican government to bring to the United States Jamaican law enforcement officials and a Jamaican prosecutor to testify at the hearing.

    **SO ORDERED**,


                                            Honorable Royce C. Lamberth
                                            United States District Court Judge
                                            District Court for the District of Columbia