## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 05-342-05 (RCL) |
| | ) | |
| **GARETH DAVITON LEWIS** | ) | |
| a.k.a. "David Lewis," | ) | |
| a.k.a. "Mocho," | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**FILED**

**MAY 2 8 2008**

Clerk, U.S. District and
Bankruptcy Courts

### ORDER

The government has moved to continue the hearing scheduled for May 29, 2008, to

address the defendant Gareth Daviton Lewis' Motion to Dismiss and Motion to Suppress. Upon

consideration of the Government's Unopposed Motion to Continue to a New Date the Hearing

for Defendant Lewis' Motion to Dismiss and Motion to Suppress Evidence, the hearing in this

matter, currently scheduled for May 29, 2008 at 10:00 a.m., and finding good cause, it is this,

_28th_ day of May, 2008,

**ORDERED**, that the Government's Motion to Continue to a New Date the Hearing for

Defendant Lewis' Motion to Dismiss and Motion to Suppress Evidence is **GRANTED**. This

matter will be continued for a hearing on the _24th_ day of _July_, 2008

at _2_ AM/PM. The purpose of the continuance is to permit the government to obtain

approval from the Jamaican government to bring to the United States Jamaican law enforcement

officials and a Jamaican prosecutor to testify at the hearing.

**SO ORDERED,**

_____5/28/08_____                    _____
                                         Honorable Royce C. Lamberth
                                         United States District Court Judge
                                         District Court for the District of Columbia