**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

v.                              05-342

**JOSE HUGO ALVAREZ LOZANO,**
          et.al.

**STANDING ORDER**

    It is Hereby Ordered that the Government provide all prior statements of foreign language witnesses and the notes thereto in their original language. It is further Ordered that the Government provide the statements with a certified transcript and translation before trial.

    So Ordered. This _____day of _____2008.

_____
**Chief Judge Royce C. Lamberth**